UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE LHEVAN,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD SPITZER, et al.,<br><br>        Defendant. | NO. SACV 16-1367-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and Plaintiff's Objections. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation in the Report.

      IT IS ORDERED that Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART as follows:

      (1) Defendants' motion to dismiss *Monell* Claims 4 and 6, and Claims 4, 6, 8, 10, 12, and 14 are granted without leave to amend;

      (2) Defendant Hutchens is dismissed from this action;

      (3) Defendants' motion to dismiss Claim 5 against Defendant Rackauckas and *Monell* Claim 5 is denied;

      (4) Defendants' motion for a more definite statement is denied;

(5) Plaintiff's request to substitute Defendant Hutchens' estate is denied as moot; and

(6) Defendants Rackauckas and Orange County are ordered to respond to the sole surviving claims – Claim 5 and *Monell* Claim 5 – within 30 days after entry of this order.

The case is referred back to the magistrate judge for further proceedings.

DATED: July 18, 2022

GEORGE H. WU
United States District Judge