| | |
|---|---|
| 1 | Christina M. Sprenger, Esq. [State Bar No. 205105] |
| 2 | E-mail: csprenger@lbaclaw.com |
|   | LAWRENCE BEACH ALLEN & CHOI, PC |
| 3 | E-mail: courtemails@lbaclaw.com |
| 4 | 959 South Coast Drive, Suite 260 |
|   | Costa Mesa, California 92626 |
| 5 | Telephone No.: (714) 479-0180 |
| 6 | |
| 7 | Attorneys for Defendants |
|   | COUNTY OF ORANGE and TONY RACKAUCKAS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LHEVAN, | Case No. 8:16-cv-01367-GW-AGR |
| Plaintiff, | **STATUS REPORT RE PROGRESS OF LITIGATION, AND STIPULATION RE EXTENSION OF DEADLINE FOR FILING OF SUBSTANTIVE MOTIONS** |
| vs. | |
| ~~TODD SPITZER~~, ~~SANDRA HUTCHENS~~, TONY RACKAUCKAS, THE COUNTY OF ORANGE, | *[[Proposed] Order submitted concurrently herewith]* |
| Defendants. | **Matter For Determination By The Honorable Alicia G. Rosenberg** |

**STIPULATION OF THE PARTIES**

It is hereby stipulated, by and between Plaintiff MICHAEL LHEVAN proceeding *pro se,* and Defendants COUNTY OF ORANGE and TONY RACKAUCKAS ("collectively Defendants") through their counsel of record, as follows:

1. On August 23, 2022, this Court issued an Order Re Discovery And Motions [Civil Rights] setting a discovery cutoff of March 23, 2023 and a substantive motion cutoff of April 22, 2023. [Dkt. No. 145].

2. The parties filed Status Reports in November 2022 advising the Court that they did not anticipate any issues with completing discovery by the March 23, 2023 cutoff.

3. The parties have served and responded to written discovery, and Plaintiff's deposition was completed on March 15, 2023.

4. During Plaintiff's deposition, there were a significant number of medical providers, employers, and other information which Plaintiff could not recall at the time but had access to through various personal records. The parties agreed that blanks would be left for Plaintiff to fill in when he reviewed his transcript, so that the information could be provided. As a result, the parties are still in the process of identifying and obtaining subpoenaed records.

5. In addition, on March 15, 2023, Plaintiff agreed to and has recently signed a HIPPA authorization for the release of the remainder of the custody and medical records which were withheld by the California Department of Corrections in its response to Defendants' initial subpoena. That subpoena has been re-issued with the HIPPA authorization.

6. On April 14, 2023, the Parties filed a Stipulation requesting the Court extend the substantive motion cutoff from April 22, 2023 to September 22, 2023. The Court granted the extension on April 17, 2023. [Dkt. No. 151].

7. On August 3, 2023, Plaintiff returned his signed deposition transcript and identified, for the first time, a number of additional medical and mental health providers as well as employers. The records from these medical and mental health providers and employers have been subpoenaed and the parties expect to receive responses to the subpoenas by early November 2023, assuming no further authorizations or other follow up are necessary. Because the subpoenaed records

will relate mostly to damages, this issue does not affect the discovery deadline. However, it does impact the parties' ability to file substantive motions, pending the receipt and review of all available evidence.

8. Therefore, the parties request an extension of the substantive motion cutoff from September 22, 2023 to December 20, 2023, in order to permit them time to obtain and review the subpoenaed records from various sources.

Respectfully submitted,

Dated: ~~August __, 2023~~ ML Sept 1, 2023

By /s/ Michael Lhevan
MICHAEL LHEVAN
Plaintiff in Pro Per

Dated: August __, 2023      LAWRENCE BEACH ALLEN & CHOI, PC

By_____
CHRISTINA M. SPRENGER
Attorneys for Defendants
COUNTY OF ORANGE
and TONY RACKAUCKAS

1  will relate mostly to damages, this issue does not affect the discovery deadline.
2  However, it does impact the parties' ability to file substantive motions, pending the
3  receipt and review of all available evidence.
4      8.    Therefore, the parties request an extension of the substantive motion
5  cutoff from September 22, 2023 to December 20, 2023, in order to permit them time
6  to obtain and review the subpoenaed records from various sources.

Respectfully submitted,

Dated: August __, 2023

By_____
     MICHAEL LHEVAN
     Plaintiff in Pro Per

Dated: September 18, 2023     LAWRENCE BEACH ALLEN & CHOI, PC

By    /s/Christina M. Sprenger
     CHRISTINA M. SPRENGER
     Attorneys for Defendants
     COUNTY OF ORANGE
     and TONY RACKAUCKAS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Debbie Pryor, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On September 18, 2023, I served the **STATUS REPORT RE PROGRESS OF LITIGATION, AND STIPULATION RE EXTENSION OF DEADLINE FOR FILING OF SUBSTANTIVE MOTIONS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Michael Lawrence Lhevan
1260 Walnut Avenue, Apt. 33
Tustin, California 92780

__X__ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2023, at Costa Mesa, California.

_____
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.