Christina M. Sprenger, Esq. [State Bar No. 205105]
E-mail: csprenger@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
E-mail: LBACOCstaff@lbaclaw.com
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180

Attorneys for Defendants
COUNTY OF ORANGE and TONY RACKAUCKAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LHEVAN, | ) Case No. 8:16-cv-01367-GW-AGR |
| Plaintiff, | ) **NOTICE OF TENTATIVE SETTLEMENT** |
| vs. | ) |
| ~~TODD SPITZER~~, ~~SANDRA HUTCHENS~~, TONY RACKAUCKAS, THE COUNTY OF ORANGE, | ) |
| Defendants. | ) **Matter For Determination By The Honorable Alicia G. Rosenberg** |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD, IF ANY:

PLEASE TAKE NOTICE that Plaintiff Michael Lhevan and Defendants County of Orange and Tony Rackauckas have reached a tentative resolution of the case.

/ / /

1
NOTICE OF TENTATIVE SETTLEMENT

1  The parties have agreed to informally resolve this case and are in the process
2  of executing a formal Settlement Agreement along with the related documents.  The
3  parties anticipate filing a Stipulation for Dismissal of this entire action with
4  prejudice within 90 days.

                                      Respectfully submitted,

                                      LAWRENCE BEACH ALLEN & CHOI, PC

Dated: October 25, 2023        By   /s/Christina M. Sprenger
                                      CHRISTINA M. SPRENGER
                                      Attorneys for Defendants
                                      COUNTY OF ORANGE
                                      and TONY RACKAUCKAS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Debbie Pryor, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On October 25, 2023, I served the **NOTICE OF TENTATIVE SETTLEMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Michael Lawrence Lhevan
1260 Walnut Avenue, Apt. 33
Tustin, California 92780

 X   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2023, at Costa Mesa, California.

_____
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.