JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LHEVAN,<br><br>            Plaintiff,<br><br>  vs.<br><br>~~TODD SPITZER~~,<br>~~SANDRA HUTCHENS~~,<br>TONY RACKAUCKAS,<br>THE COUNTY OF ORANGE,<br><br>            Defendants. | Case No. SACV 16-1367-GW-AGR<br><br>**ORDER RE:**<br><br>**1) DISMISSING SUIT WITH PREJUDICE; AND**<br>**2) WAIVING ATTORNEYS' FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]<br><br>*[Stipulation filed concurrently herewith]* |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of Plaintiff's claims as to all current and former Defendants, as well as Defendants' past, present and future employers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other

persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

    IT IS FURTHER DECREED that each party has waived all claims for attorneys' fees and costs under 42 U.S.C. 1988 and any other provision of law.

**IT IS SO ORDERED.**

Dated: January 11, 2024

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Donna Adams, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 959 South Coast Drive, Suite 260, Costa Mesa, California 92626.

On January 9, 2024, I served the **[PROPOSED] ORDER RE: 1) DISMISSING SUIT WITH PREJUDICE; AND 2) WAIVING ATTORNEYS' FEES AND COSTS** on the interested parties in this action by transmitting a true PDF copy thereof, addressed as follows:

Michael Lawrence Lhevan
E-mail: lhevan@hotmail.com
1260 Walnut Avenue, Apt. 33
Tustin, California  92780

__X__   BY ELECTRONIC SUBMISSION: The above-referenced document(s) were transmitted as a PDF document by electronic mail to the party(s) identified above using the e-mail address(es) indicated, pursuant to the express agreement of the parties.

__X__   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2024, at Costa Mesa, California.

_____
Declarant[1]

---

[1] As required, the above-referenced document is accompanied by an unsigned affidavit of service, to be signed by the Declarant following service. The method of service and date of service listed herein are to be used in calculating dates triggered by service of this document. The Declarant will maintain the signed original of this affidavit and will submit it to the Court if appropriate.